IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON


JACOB MILLER, NICK DRAGOO,                          08-CV-503-BR
and TOMMY WELLER,
                                                    ORDER
        Plaintiffs,

v.

YAMHILL COUNTY, CITY OF NEWBURG,
CHRIS BOLEK, KIRBY BRUMSFIELD,
CARL BUSSE, and JEFF MORELAND,

        Defendants.


**LEONARD RANDOLPH BERMAN**
Law Office of Leonard R. Berman
4711 S.W. Huber St., Suite E-3
Portland, OR  97219
(503) 473-8787

        Attorneys for Plaintiffs

**STEVEN A. KRAEMER**
**JASON A. GARDENER**
Hoffman Hart & Wagner, LLC
1000 S.W. Broadway, 20th Floor
Portland, OR 97205
(503) 222-4499

        Attorneys for Defendants

1   -   OPINION AND ORDER

**BROWN, Judge.**

This matter comes before the Court on Defendants' Motion for Partial Summary Judgment (#12). For the reasons that follow, the Court **GRANTS** Defendants' Motion.

On December 31, 2008, Defendants filed a Motion for Partial Summary Judgment as to Plaintiff Jacob Miller's claims for wrongful arrest and confinement, cruel and unusual punishment, and malicious prosecution.

On January 29, 2009, Plaintiffs filed a Response and conceded Defendants' Motion. Accordingly, the Court grants Defendants' Motion and dismisses those claims.

## CONCLUSION

For these reasons, the Court **GRANTS** Defendants' Motion for Partial Summary Judgment (#12) and **DISMISSES** Plaintiff Jacob Miller's claims for wrongful arrest and confinement, cruel and unusual punishment, and malicious prosecution.

IT IS SO ORDERED.

DATED this 16th day of March, 2009.

/s/ Anna J. Brown

_____
ANNA J. BROWN
United States District Judge

2 - OPINION AND ORDER